

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br><br><br>Jose Maria NUNEZ-Valenzuela,<br><br><br><br>　　　　　Defendant. | Magistrate Docket No. 25mj4065<br><br><br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about July 24, 2025, within the Southern District of California, defendant Jose Maria NUNEZ-Valenzuela, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JULY 25, 2025.

_____
HON. DAVID D. LESHNER
United States Magistrate Judge

## CONTINUATION OF COMPLAINT:
Jose Maria NUNEZ-Valenzuela

### PROBABLE CAUSE STATEMENT

On July 24, 2025, Border Patrol Agent A. Benchekroun and A. Briseno were conducting assigned duties as part of the San Diego Targeting Unit dressed in plain clothes with their agency badges clearly displayed.

At approximately 5:20 AM, an individual previously identified as being in the United States illegally, Jose Maria NUNEZ-Valenzuela, was observed driving a vehicle on North Beech Street, Escondido, California. Agent Briseno followed NUNEZ and attempted a vehicle stop. NUNEZ ignored the Agents lights and sirens and failed to yield to Agents. NUNEZ continued driving east on State Route 78 past Interstate 15, exiting on the Gopher Canyon exit in Bonsall, California. After exiting the interstate, NUNEZ continued to evade Agents while driving recklessly and disregarding traffic lights for approximately 20 minutes. NUNEZ eventually drove onto a dead-end street where he pulled over and was detained by Agent Benchekroun. Agent Benchekroun then conducted an immigration inspection on NUNEZ who admitted to being from Mexico illegally present in the United States. At approximately 5:54 AM, NUNEZ was placed under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States in December of 2013 and did not provide an intended destination.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on March 8, 2013 through San Luis, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.